UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. GAINES, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>STU SHERMAN (Warden), *et al.*,<br><br>        Defendants. | Case No. 1:15-cv-01533-RRB<br><br>**ORDER DENYING MOTION**<br>**AT DOCKET 23** |

At **Docket 23** Plaintiff Leslie J. Gaines, Jr., a California state prisoner appearing *pro se*, has filed an application to proceed *in forma pauperis* on appeal. The Court, having determined that reasonable jurists could not disagree with the Court's resolution of Gaines' Constitutional claims or conclude that the issues presented are adequate to proceed further, revoked Gaines' IFP status.[1] The pending motion does not compel the Court to re-examine its prior Order.

Accordingly, the Application to Proceed In Forma Pauperis by a Prisoner at **DOCKET 23** is **DENIED** without prejudice to making application to the Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED** this 16th day of September, 2016.

                                                    S/ RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Docket 21.